This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**INARA CEDRINS,**

     Plaintiff-Appellant,

**v.**                                               **NO. 30,178**

**JAMES AND SHARON PREWITT**
**and RAMESH KUMAR SHRESTHA,**

     Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Beatrice J. Brickhouse, District Judge**

Inara Cedrins
Cerrillos, NM

Pro Se Appellant

James Prewitt
Sharon Prewitt
Albuquerque, NM

Pro Se Appellees

### MEMORANDUM OPINION

**FRY, Chief Judge.**

Summary dismissal was proposed for the reasons stated in the calendar notice. No memorandum opposing summary dismissal has been filed, and the time for doing so has expired. **DISMISSED.**

**IT IS SO ORDERED.**

_____

**CYNTHIA A. FRY, Chief Judge**

**WE CONCUR:**

_____

**JAMES J. WECHSLER, Judge**

_____

**ROBERT E. ROBLES, Judge**